**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00373-CV

**BV ENERGY PARTNERS, LP AND BV REAL ESTATE MANAGEMENT, INC.,**
**Appellants**

**V.**

**RICHARD M. CHEATHAM, TSAR ENERGY, LLC, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13622**

## ORDER

We **GRANT** appellants' November 11, 2014 second unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than November 24, 2014.

/s/     CRAIG STODDART
          JUSTICE